

P38595/M.Hoyer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Miranda Hoyer, U. S. Probation Officer |
| **RE:** | Alex Kovacs |
| **DATE:** | February 6, 2008 |

08CRIM 108

## ASSIGNMENT OF TRANSFER OF JURISDICTION

On July 1, 2003, the above-named individual was sentenced in the Middle District of Florida outlined in the attached J & C.

In December 2007, we received the Prob. 22's endorsed by the Honorable James S. Moody, Jr., U.S. District Court Judge, ordering Mr. Kovac's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5078.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *[signature]*
Miranda Hoyer
U.S. Probation Officer

USDC SDNY
DOCUMENT
FILED
FEB 14 2008